UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80193-CR-Ruiz/Reinhart

18 U.S.C. § 1709

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANNIE MARIE JONES,

    Defendant.
_____/

FILED BY KJZ D.C.
Sep 26, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
(18 U.S.C. § 1709 - Theft of Mail by a Postal Employee)

On or about May 9, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**JANNIE MARIE JONES**,

while an employee of the United States Postal Service, did knowingly steal, abstract and remove from any letter and mail, any article or thing contained therein, that is, a Victoria Secret Gift Card contained within a letter addressed to Victim 1, which had been entrusted to her and which came into her possession intended to be conveyed by mail and carried and delivered by a carrier, messenger, agent and other person employed by the United States Postal Service, in violation of Title 18, United States Code, Section 1709.

## COUNT 2
### (18 U.S.C. § 1709 - Theft of Mail by a Postal Employee)

On or about August 20, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**JANNIE MARIE JONES,**

while an employee of the United States Postal Service, did knowingly embezzle a letter, that is, a letter addressed to Lee Hwa Sook, P.O. Box 1148, Riverside, CA 92502, which came into her possession intended to be conveyed by mail and carried and delivered by a carrier, messenger, agent and other person employed by the United States Postal Service, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JANNIE MARIE JONES

_____ Defendant. _____/

CASE NO. 19-80193-CR-Ruiz/Reinhart

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
___ Miami    ___ Key West
___ FTL  ✓  ___ WPB   ___ FTP

New defendant(s)           Yes ___  No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I    0 to 5 days          ✓              Petty     _____
   II   6 to 10 days         _____         Minor     _____
   III  11 to 20 days        _____         Misdem.   _____
   IV   21 to 60 days        _____         Felony    ✓
   V    61 days and over     _____

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___  No ✓

*signature: Stephanie Evans*
Stephanie Evans
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 255180

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JANNIE MARIE JONES

**Case No**:   19-80193-CR-Ruiz/Reinhart

Count #: 1

Theft of mail by a U.S. Postal Service employee

Title 18 U.S.C. § 1709

\* **Max.Penalty**:   up to 5 years of imprisonment; 3 years of supervised release; a $250,000 fine, and $100 special assessment


Count #: 2

Theft of mail by a U.S. Postal Service employee

Title 18 U.S.C. § 1709

\* **Max.Penalty**:   up to 5 years of imprisonment; 3 years of supervised release; a $250,000 fine, and $100 special assessment