UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80193-CR-RUIZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JANNIE MARIE JONES,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON VIOLATION OF SUPERVISED RELEASE

For the reasons stated herein, the undersigned recommends that the District Court find that the Defendant has violated the terms of her supervised release. On July 4, 2020, the U.S. Probation Office filed a Petition alleging three violations of the Defendant's terms of supervision (DE 28):

1. Failing to satisfy court-ordered restitution;

2. Failing to file monthly written reports for March 2020, April 2020, May 2020, and June 2020;

3. Failing to notify the probation office of a change in residence.

Ms. Jones appeared before the Court on January 27, 2021, accompanied by counsel. Ms. Jones and the Government proposed a resolution under which Ms. Jones would admit the alleged violations and the parties would jointly recommend that her probation be reinstated.

Ms. Jones was advised of all of the alleged violations and of her right to require the Government to prove the violations by a preponderance of the evidence. The Court reviewed the proposed resolution with Ms. Jones on the record and explained that the sentencing court would not be bound by the parties' joint recommendation. After consulting with counsel, Ms. Jones waived her right to have the Government prove the violations, and admitted to Violations 1-3. Having conducted a thorough colloquy with the Defendant and having observed her demeanor, the Court finds that the Defendant's decision to admit the violations is a knowing and voluntary decision.

WHEREFORE, the undersigned recommends that the District Court:

(1) Find that the Defendant has violated her supervised release as alleged in Violations 1-3 of the Petition and proceed to sentencing on those violations;

(2) A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Rodolfo A. Ruiz, II within 14 days after being served with a copy. *See* 28 U.S.C. ' 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See Resolution Tr. Corp. v. Hallmark Builders. Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 27th day of January 2021.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE